No. 72–6923.  MILLER v. IMMIGRATION AND NATURALIZATION SERVICE.  C. A. 9th Cir.  Certiorari denied.

No. 72–6926.  ROSS v. TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 72–6928.  HART v. ARIZONA.  Sup. Ct. Ariz.  Certiorari denied.

No. 72–6935.  WHITED v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6936.  FARKAS v. LING-TEMCO-VOUGHT, INC.  C. A. 1st Cir.  Certiorari denied.

No. 72–6937.  FEROLDI v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 72–6938.  INDIA v. NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 72–6939.  JOHNSTON v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6940.  HUNT, AKA REED v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 72–6942.  DUN LEAVAY v. LUTZ APPELLATE PRINTERS, INC.  C. A. 2d Cir.  Certiorari denied.

No. 72–6943.  DIXON v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 72–6944.  HARDWICK v. DURDEN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 72–6945.  HARRIS ET AL. v. NORTH CAROLINA.  Sup. Ct. N. C.  Certiorari denied.